## HARRIS v. THE STATE.

FISH, P. J. There being no complaint that any error of law was committed upon the trial, and the verdict being amply sustained by the evidence, the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Candler, J., absent.*

Argued April 17, — Decided May 10, 1905.

Indictment for simple larceny. Before Judge Bartlett. Douglas superior court. February 3, 1905.

*W. A. James,* for plaintiff in error.

*W. K. Fielder, solicitor-general,* contra.